LAW OFFICES OF DAVID J. AVERETT, P.C.
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHILADELPHIA, PA 19152
(215) 342-5024                                              ATTORNEY FOR PLAINTIFF
IDENTIFICATION # 43760

---

MOHAMMAD ALHOURANI                    :    UNITED STATES DISTRICT COURT
1402 MAGEE AVENUE                     :    FOR THE EASTERN DISTRICT OF PA
PHILADELPHIA, PA 19111                :
              PLAINTIFF               :
     V.                               :
                                      :    NO. 2:23-CV-03739
FOREMOST INSURNACE GROUP              :
D/B/A FOREMOST INSURANCE COMPANY      :
PO BOX 2450                           :
GRAND RAPIDS, MI 49501                :
              DEFENDANT               :

---

## AMENDED COMPLAINT

1. Plaintiff is an adult individual residing at the above address in Philadelphia, PA.

2. Defendant is a corporation doing business as an insurance company with principal offices located at the above address.

3. Plaintiff is the deed owner of a property located at 518 East Thelma Street, Philadelphia, PA 19120, by deed dated July 21, 2022 and recorded July 21, 2022, at document ID No. 54073610.

4. Subsequent to acquiring title to the above property Plaintiff filed a lawsuit to evict Keyla Marie Colon-Rivera, a holdover tenant who was occupying the property at the time of purchase by the Plaintiff.

5. Plaintiff obtained a homeowners insurance policy from Defendant which had a policy period from 8/15/2022 to 8/15/2023 under Policy No. 381-5010070541-01. A copy of the declaration page for the policy and the policy are attached hereto and incorporated herein by reference.

6. On or about April 18, 2023, the above holdover tenant was ejected from the property by the Sheriff of Philadelphia. Plaintiff was given a receipt from the Sheriff's office confirming the writ of possession and that possession was given to him on said date. A copy is attached hereto and incorporated herein by reference.

7. At the time Plaintiff entered the property on April 18, 2023, he discovered that substantial damage had been done to the property by the holdover tenant named above. The damage was intentional and caused by vandalism.

8. Plaintiff immediately made a police report with the Philadelphia Police Department. A copy is attached hereto as an exhibit and incorporated herein by reference.

9. Plaintiff consulted with a contractor, Shore Restoration, who prepared an estimate of the cost of repair of the damages to the property. A copy of the estimate of the cost of repair of the damages is attached as an exhibit and incorporated herein by reference.

10. Plaintiff also took pictures of the damage to the property. It is apparent from the pictures and from Plaintiff's inspection of the property that the damage was recent, intentional and in retaliation for the holdover tenant's eviction.

11. Plaintiff had previously inspected the property on several occasions from the outside and discovered that there was no damage to the property.

12. At the time of the ejectment on April 18, 2023, the holdover tenant was still residing in the property and all of her personal property and belongings were in the property.

## COUNT I – PLAINTIFF v. DEFENDANT
## BREACH OF CONTRACT

13. The above paragraphs are incorporated herein by reference.

14. On or about April 19, 2023, Plaintiff hired a public adjuster and submitted a claim against the Defendant under the policy referenced above, for damages caused by vandalism/malicious mischief as described above.

15. Vandalism/malicious mischief is a named peril under the policy and is listed on the coverages/endorsements on page 2 of the certificate of insurance. Plaintiff paid an additional premium to the Defendant for said coverage.

16. Plaintiff fully cooperated with the defendant and complied with all requirements and responsibilities of a policy holder under the above policy.

17. Defendant has failed and refused to pay for the damages sustained to the premises as set forth above.

18. Defendant had a contractual duty under the insurance policy to pay Plaintiff for the cost of repair of his property.

19. Defendant materially breached its contractual duty under the policy to pay for Plaintiff's claim as set forth above.

20. Defendant has further materially breached its contractual duty under the terms of the insurance policy by failing to pay Plaintiff for his damages under the claim in a reasonable and timely manner.

21. As a result of the vandalism/malicious mischief to the property by the holdover tenant, Plaintiff sustained damages to the property, the cost of repair of which is $ 69,615.29.

22. As a result of Defendant's material breach of the insurance contract/policy, Plaintiff has been damaged in the amount of $ 69,615.29.

23. As a result of the vandalism/malicious mischief to the property by the holdover tenant, plaintiff has been unable to rent his property to a tenant.

24. As a result of the vandalism/malicious mischief to the property by the holdover tenant, plaintiff has been damaged in the amount of $ 1,200.00 per month for lost rental, totaling $ 4,800.00 for the months of May – August, 2023.

25. As a result of Defendant's material breach of the insurance contract/policy, Plaintiff has been damaged in the amount of $ 1,200.00 per month for lost rental, totaling $ 4,800.00 for the months of May – August, 2023.

26. Plaintiff will continue to suffer damages in the amount of $1,200 per month for lost rental in the future since Defendant still has not paid the claim and the property has not yet been repaired.

27. Lost rental is a covered element of damages under Plaintiff's insurance policy with the defendant.

28. Furthermore, Defendant is liable to pay Plaintiff for his lost rental as an element of damages because it has failed to pay the claim in a reasonable and timely manner under the terms of the insurance policy.

29. The total damages requested are as follows:

    a. Cost of repairs to the property:   $69,615.29
    b. Lost rental for May – Aug., 2023:  $ 4,800.00

    **Total:**                **$74,415.29**

Wherefore, Plaintiff demands judgement against Defendant in the amount of $74 415.29, together with costs and interest.

## COUNT II – PLAINTIFF v. DEFENDANT
## BAD FAITH CLAIM

21. The above paragraphs are incorporated herein by reference as if set forth at length.

22. 42 Pa.C.S.A. § 8371 provides as follows:

**§ 8371.  Actions on insurance policies.**

In an action arising under an insurance policy, if the court finds that the insurer has acted in bad faith toward the insured, the court may take all of the following actions:

    (1)    Award interest on the amount of the claim from the date the claim was made by the insured in an amount equal to the prime rate of interest plus 3%.

    (2)    (Omitted).

    (3)    Assess court costs … against the insurer.

23. This case is an action arising under an insurance policy.

24. For the reasons set forth above, the Defendant insurance company has acted in bad faith.

25. The Defendant has further acted in bad faith by:

    a.  Failing to pay the Plaintiff's claim.

    b.  Failing to pay the Plaintiff's claim in a timely manner.

    c.  Failing to reasonably and properly investigate the Plaintiff's claim.

    d.  Failing to reasonably and properly investigate the Plaintiff's claim in a timely manner.

    e.  Failing to communicate with Plaintiff, nor his counsel, nor the public adjuster concerning the status of the claim nor the reasons for the denial of the claim.

    f.  There is no reason supported by the policy nor by Pennsylvania law for the defendant to fail to investigate the plaintiff's claim, to deny the plaintiff's claim, nor to pay the claim in a timely manner.

    g.  Defendant is aware that Plaintiff continues to suffer damages every day, including loss of rental income, due to the failure to repair the premises. This is directly attributable to the bad faith of Defendant as set forth above.

h. Defendant's actions as set forth above are willful, intentional and without merit, nor legal nor factual justification.

26. Defendant requests statutory interest pursuant to 42 Pa.C.S.A. § 8371(1), as set forth in paragraph 22 above.

Wherefore, Plaintiff requests a finding that the Defendant acted in bad faith in the investigation and payment of Plaintiff's insurance claim and award statutory interest, and costs as set forth above.

BY:

DAVID J. AVERETT, ESQUIRE
ATTORNEY FOR PLAINTIFF
# 43760

VERIFICATION

I hereby verify that the foregoing statements are true and correct to the best of my knowledge and belief. The undersigned understands that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904, relating to unsworn falsification to authorities.

# SHERIFF'S OFFICE OF PHILADELPHIA COUNTY

**Rochelle Bilal**
*Sheriff*



*9:00 Am*

**ADDRESS:** *518 East Thelma St*   **SHERIFF #:** *262214*

## WRIT OF POSSESSION

POSSESSION GIVEN TO *ABD ALHAFIZ ALHOUEANI*

BY THE PHILADELPHIA SHERIFF'S OFFICE.    DATE *April 18, 2023*

X _____

**Civil Enforcement Unit**
Captain Sean Thornton
Lieutenant David Fallen

Phone: 215-686-3542
Fax: 215-686-3555

Case ID: 23090099

# Philadelphia Police Department Receipt of Police Report

DC# 23 - 25 - 023799

**Date and Time of Report** 4-18-23

**Location of Occurrence** 518 E. Thelma SSD P.

**Nature of Report** Damage Property

1/0 Messer    Badge # ___

If this box is checked ☐ your report will be forwarded to East Detective Division 215-686-3

You have Just filed a police report with the Philadelphia Police Department, 24th District. *** If you filed a Domestic Violence Report, you are entitled to a copy of the report; for all other types of reports, It is the policy of the Philadelphia Police Department not to give out copied of police report You must contact the City's Department of Records Unit In person, by mail or online at www.phila.g download the proper Report Request Form. For further Information contact:

Department of Records
Police Records Unit
Room 167, City Hall
Philadelphia, PA 19107    215-686-2266

For each report requested, enclose a stamped, self-addressed envelope along with a non-refundal of #25.00, check or money order only payable to " City of Philadelphia. Allow 2 weeks for most requests.

Case ID: 23090099

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

*Filed and Attested by the*
*Office of Judicial Records*
*12 SEP 2023 09:47 am*
*C. SMITH*

Insured:     Mohammed Alhourani
Property:    518 E Thelma
             Philadelphia, PA 19120

| Claim Number: | Policy Number: | Type of Loss: |
|---|---|---|

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:    8/20/2023 6:44 PM

Price List:    PAPH8X_JUL23
               Restoration/Service/Remodel
Estimate:      2023-08-20-1844

**Preliminary evaluation subject to modification and/or revisions.**
 **Any person who knowingly and with the intent to defraud any insurance company or other person who files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.**

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

**2023-08-20-1844**

**Basement**

### Basement

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.  Final cleaning - construction - Residential | 530.68 SF | | 0.00 | 0.31 | 15.79 | 32.90 | 213.20 |
| 2.  Rewire\wire - avg. residence - boxes & wiring | 530.68 SF | | 0.00 | 4.77 | 243.01 | 506.26 | 3,280.61 |
| 3.  Rough in plumbing - includes supply and waste lines | 530.68 SF | | 0.00 | 4.69 | 238.93 | 497.78 | 3,225.60 |
| 4.  R&R Breaker panel - 200 amp | 1.00 EA | | 207.39 | 1,714.01 | 184.45 | 384.28 | 2,490.13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total:  Basement | | | | | 682.18 | 1,421.22 | 9,209.54 |



| **Storage Area/Room 2** | | **Height: 8'** |
|---|---|---|
| 264.00 SF Walls | 78.56 SF Ceiling | |
| 342.56 SF Walls & Ceiling | 78.56 SF Floor | |
| 8.73 SY Flooring | 32.50 LF Floor Perimeter | |
| 35.50 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**     3' X 6' 8"                    Opens into STORAGE_AREA

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 5.  Clean the walls and ceiling | 342.56 SF | | 0.00 | 0.43 | 14.14 | 29.46 | 190.90 |
| 6.  Clean concrete the floor | 78.56 SF | | 0.00 | 0.37 | 2.80 | 5.82 | 37.69 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Storage Area/Room 2 | | | | | 16.94 | 35.28 | 228.59 |



| **Mechanicals** | | **Height: 8'** |
|---|---|---|
| 170.67 SF Walls | 35.39 SF Ceiling | |
| 206.06 SF Walls & Ceiling | 35.39 SF Floor | |
| 3.93 SY Flooring | 20.50 LF Floor Perimeter | |
| 25.50 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**     5' X 6' 8"                    Opens into STORAGE_AREA

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 7.  Clean the walls and ceiling | 206.06 SF | | 0.00 | 0.43 | 8.51 | 17.72 | 114.84 |
| 8.  Clean concrete the floor | 35.39 SF | | 0.00 | 0.37 | 1.26 | 2.62 | 16.97 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Mechanicals

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Mechanicals | | | | | 9.77 | 20.34 | 131.81 |



**Storage Area/Room**                                                                                    Height: 8'

| | |
|---|---|
| 208.00 SF Walls | 77.28 SF Ceiling |
| 285.28 SF Walls & Ceiling | 77.28 SF Floor |
| 8.59 SY Flooring | 24.17 LF Floor Perimeter |
| 35.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into BASEMENT** |
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into MECHANICALS** |
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into STORAGE_ARE2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 9.  Clean the walls and ceiling | 285.28 SF | | 0.00 | 0.43 | 11.77 | 24.54 | 158.98 |
| 10.  Clean concrete the floor | 77.28 SF | | 0.00 | 0.37 | 2.75 | 5.72 | 37.06 |
| Totals:  Storage Area/Room | | | | | 14.52 | 30.26 | 196.04 |



**Basement**                                                                                             Height: 8'

| | |
|---|---|
| 298.00 SF Walls | 104.53 SF Ceiling |
| 402.53 SF Walls & Ceiling | 104.53 SF Floor |
| 11.61 SY Flooring | 36.25 LF Floor Perimeter |
| 42.25 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into STORAGE_AREA** |
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into MUD_ROOM** |



**Subroom: Stairs (1)**                                                                                  Height: 11' 9"

| | |
|---|---|
| 144.74 SF Walls | 14.44 SF Ceiling |
| 159.18 SF Walls & Ceiling | 23.82 SF Floor |
| 2.65 SY Flooring | 16.78 LF Floor Perimeter |
| 15.08 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **2' 3" X 11' 9"** | **Opens into BASEMENT** |

Case ID: 23090099

### Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

**CONTINUED - Basement**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 11.  Clean the walls and ceiling | 561.71 SF | | 0.00 | 0.43 | 23.18 | 48.30 | 313.02 |
| 12.  Clean concrete the floor | 128.35 SF | | 0.00 | 0.37 | 4.56 | 9.50 | 61.55 |
| Totals:  Basement | | | | | 27.74 | 57.80 | 374.57 |



**Mud Room**                                                                 **Height: 8'**

| | |
|---|---|
| 157.33 SF Walls | 28.33 SF Ceiling |
| 185.67 SF Walls & Ceiling | 28.33 SF Floor |
| 3.15 SY Flooring | 19.17 LF Floor Perimeter |
| 22.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**           **3' X 6' 8"**           **Opens into BASEMENT**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 13.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | | 30.31 | 497.41 | 50.65 | 105.54 | 683.91 |
| Totals:  Mud Room | | | | | 50.65 | 105.54 | 683.91 |



**Garage**                                                                 **Height: 8'**

| | |
|---|---|
| 462.67 SF Walls | 182.78 SF Ceiling |
| 645.44 SF Walls & Ceiling | 182.78 SF Floor |
| 20.31 SY Flooring | 57.83 LF Floor Perimeter |
| 57.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 14.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | | 30.31 | 497.41 | 50.65 | 105.54 | 683.91 |
| 15.  R&R Door lockset & deadbolt - exterior | 1.00 EA | | 21.21 | 93.08 | 10.98 | 22.86 | 148.13 |
| 16.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 182.78 SF | | 0.59 | 3.36 | 69.32 | 144.38 | 935.68 |
| 17.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 645.44 SF | | 0.00 | 1.33 | 82.42 | 171.68 | 1,112.54 |
| 18.  Clean the walls and ceiling | 645.44 SF | | 0.00 | 0.43 | 26.64 | 55.50 | 359.68 |
| 19.  Clean concrete the floor | 182.78 SF | | 0.00 | 0.37 | 6.49 | 13.52 | 87.64 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Garage

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Garage | | | | | 246.50 | 513.48 | 3,327.58 |
| Total: Basement | | | | | **1,048.30** | **2,183.92** | **14,152.04** |

### 1st Floor

**1st Floor**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 20.  Final cleaning - construction - Residential | 602.74 SF | | 0.00 | 0.31 | 17.94 | 37.38 | 242.17 |
| Total:  1st Floor | | | | | 17.94 | 37.38 | 242.17 |



| Entry/Foyer | | Height: 8' |
|---|---|---|
| 261.33  SF Walls | 78.75  SF Ceiling | |
| 340.08  SF Walls & Ceiling | 78.75  SF Floor | |
| 8.75  SY Flooring | 32.00  LF Floor Perimeter | |
| 36.00  LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**          4' X 6' 8"          **Opens into LIVING_ROOM2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 21.  Clean the walls and ceiling | 340.08 SF | | 0.00 | 0.43 | 14.04 | 29.24 | 189.51 |
| 22.  Clean floor - tile | 78.75 SF | | 0.00 | 0.73 | 5.52 | 11.50 | 74.51 |
| 23.  Regrout tile floor | 78.75 SF | | 0.00 | 4.93 | 37.27 | 77.64 | 503.15 |
| 24.  Clean light fixture | 1.00 EA | | 0.00 | 12.94 | 1.25 | 2.58 | 16.77 |
| 25.  Clean door / window opening (per side) | 5.00 EA | | 0.00 | 15.90 | 7.63 | 15.90 | 103.03 |
| 26.  Clean window unit (per side) 10 - 20 SF | 4.00 EA | | 0.00 | 18.43 | 7.08 | 14.74 | 95.54 |
| 27.  Mask and prep for paint - plastic, paper, tape (per LF) | 36.00 LF | | 0.00 | 1.39 | 4.80 | 10.00 | 64.84 |
| 28.  Seal/prime (1 coat) then paint (2 coats) part of the walls and ceiling | 280.08 SF | | 0.00 | 1.33 | 35.76 | 74.50 | 482.77 |
| 29.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 31.97 | 3.07 | 6.40 | 41.44 |
| Totals:  Entry/Foyer | | | | | 116.42 | 242.50 | 1,571.56 |

Case ID: 23090099

### Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132



**Living Room**                                                              Height: 8'

|  |  |
|---|---|
| 326.78 SF Walls | 169.00 SF Ceiling |
| 495.78 SF Walls & Ceiling | 169.00 SF Floor |
| 18.78 SY Flooring | 42.42 LF Floor Perimeter |
| 42.58 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into ENTRY_FOYER** |
| **Missing Wall - Goes to Ceiling** | **3' 10" X 4' 8"** | **Opens into DINING_ROOM** |
| **Missing Wall** | **5' 7" X 8'** | **Opens into DINING_ROOM** |

**Subroom: Stairs (2)**                                                     Height: 15' 2"

|  |  |
|---|---|
| 5.50 SF Walls & Ceiling | 5.50 SF Ceiling |
| 1.24 SY Flooring | 11.15 SF Floor |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 15' 2 3/8"** | **Opens into LIVING_ROOM2** |
| **Missing Wall** | **1' 10" X 15' 2 3/8"** | **Opens into LIVING_ROOM2** |
| **Missing Wall** | **3' X 15' 2 3/8"** | **Opens into STAIRS1** |
| **Missing Wall** | **1' 8" X 15' 2 3/8"** | **Opens into LIVING_ROOM2** |

**Subroom: Stairs1 (3)**                                                    Height: 13' 5"

|  |  |
|---|---|
| 40.20 SF Walls | 8.50 SF Ceiling |
| 48.70 SF Walls & Ceiling | 8.50 SF Floor |
| 0.94 SY Flooring | 3.00 LF Floor Perimeter |
| 3.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 13' 4 13/16"** | **Opens into STAIRS** |
| **Missing Wall** | **2' 10" X 13' 4 13/16"** | **Opens into LIVING_ROOM2** |
| **Missing Wall** | **2' 8" X 13' 4 13/16"** | **Opens into STAIRS2** |

Case ID: 23090099

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Living Room



**Subroom: Stairs2 (1)**                                    **Height: 13' 5"**

| | |
|---|---|
| 213.93 SF Walls | 24.00 SF Ceiling |
| 237.93 SF Walls & Ceiling | 39.62 SF Floor |
| 4.40 SY Flooring | 23.21 LF Floor Perimeter |
| 20.67 LF Ceil. Perimeter | |

**Missing Wall**                    **2' 8" X 13' 4 13/16"**        **Opens into STAIRS1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 30.  R&R Vinyl plank flooring | 228.27 SF | | 1.66 | 6.50 | 178.81 | 372.54 | 2,414.04 |
| 31.  Clean the walls and ceiling | 787.91 SF | | 0.00 | 0.43 | 32.52 | 67.76 | 439.08 |
| 32.  Clean door / window opening (per side) | 1.00 EA | | 0.00 | 15.90 | 1.52 | 3.18 | 20.60 |
| 33.  Mask and prep for paint - plastic, paper, tape (per LF) | 66.25 LF | | 0.00 | 1.39 | 8.84 | 18.42 | 119.35 |
| 34.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 787.91 SF | | 0.00 | 1.33 | 100.60 | 209.58 | 1,358.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Living Room | | | | | 322.29 | 671.48 | 4,351.17 |



**Dining Room**                                                    **Height: 8'**

| | |
|---|---|
| 285.61 SF Walls | 144.94 SF Ceiling |
| 430.55 SF Walls & Ceiling | 144.94 SF Floor |
| 16.10 SY Flooring | 42.39 LF Floor Perimeter |
| 30.64 LF Ceil. Perimeter | |

**Missing Wall - Goes to Ceiling**        **3' 10" X 4' 8"**        **Opens into LIVING_ROOM2**
**Missing Wall**                          **5' 7" X 8'**           **Opens into LIVING_ROOM2**
**Missing Wall**                          **4' 2 5/16" X 8'**      **Opens into KITCHEN**
**Missing Wall**                          **1' 6" X 8'**           **Opens into Exterior**
**Missing Wall - Goes to Ceiling**        **6' 7" X 4' 6"**        **Opens into Exterior**
**Missing Wall - Goes to Ceiling**        **1' 4" X 4' 6"**        **Opens into Exterior**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 35.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | | 0.00 | 555.34 | 53.32 | 111.06 | 719.72 |
| 36.  R&R Recessed light fixture | 4.00 EA | | 15.76 | 149.39 | 63.41 | 132.12 | 856.13 |
| 37.  R&R Vinyl plank flooring | 144.94 SF | | 1.66 | 6.50 | 113.54 | 236.54 | 1,532.79 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Dining Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 38.  R&R Interior door - Colonist - pre-hung unit | 1.00 EA | | 26.52 | 331.38 | 34.35 | 71.58 | 463.83 |
| 39.  R&R Door knob - interior | 1.00 EA | | 17.68 | 48.05 | 6.30 | 13.16 | 85.19 |
| 40.  Clean the walls and ceiling | 430.55 SF | | 0.00 | 0.43 | 17.77 | 37.02 | 239.93 |
| 41.  Clean door / window opening (per side) | 1.00 EA | | 0.00 | 15.90 | 1.52 | 3.18 | 20.60 |
| 42.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | | 0.00 | 18.43 | 1.76 | 3.68 | 23.87 |
| 43.  Detach & Reset Baseboard - 4 1/4" | 42.39 LF | 3.48 | 0.00 | 0.00 | 14.16 | 29.50 | 191.18 |
| 44.  Clean baseboard | 42.39 LF | | 0.00 | 0.43 | 1.75 | 3.64 | 23.62 |
| 45.  Mask and prep for paint - plastic, paper, tape (per LF) | 30.64 LF | | 0.00 | 1.39 | 4.09 | 8.52 | 55.20 |
| 46.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 430.55 SF | | 0.00 | 1.33 | 54.97 | 114.52 | 742.12 |
| 47.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 31.97 | 3.07 | 6.40 | 41.44 |
| 48.  Paint baseboard - two coats | 42.39 LF | | 0.00 | 1.46 | 5.94 | 12.38 | 80.21 |
| 49.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 38.47 | 7.39 | 15.38 | 99.71 |

| Totals:  Dining Room | | | | | 383.34 | 798.68 | 5,175.54 |
|---|---|---|---|---|---|---|---|



**Kitchen**                                                                                   **Height: 8'**

| | |
|---|---|
| 238.51  SF Walls | 116.25  SF Ceiling |
| 354.77  SF Walls & Ceiling | 116.25  SF Floor |
| 12.92  SY Flooring | 29.31  LF Floor Perimeter |
| 32.31  LF Ceil. Perimeter | |

| **Missing Wall** | **6' 7 7/16" X 8'** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** | **4' 2 5/16" X 8'** | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into BATHROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 50.  Cabinetry - upper (wall) units | 14.00 LF | | 0.00 | 170.74 | 229.48 | 478.08 | 3,097.92 |
| 51.  Cabinetry - lower (base) units | 16.00 LF | | 0.00 | 237.92 | 365.45 | 761.34 | 4,933.51 |
| 52.  Countertop - Granite or Marble | 32.00 SF | | 0.00 | 75.37 | 231.54 | 482.36 | 3,125.74 |
| 53.  R&R Dishwasher | 1.00 EA | | 37.88 | 672.10 | 68.16 | 142.00 | 920.14 |
| 54.  Garbage disposer | 1.00 EA | | 0.00 | 275.41 | 26.44 | 55.08 | 356.93 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 55. Microwave oven - over range w/built-in hood | 1.00 EA | | 0.00 | 451.28 | 43.32 | 90.26 | 584.86 |
| 56. Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | | 0.00 | 931.13 | 89.39 | 186.22 | 1,206.74 |
| 57. Range - freestanding - gas | 1.00 EA | | 0.00 | 1,182.30 | 113.50 | 236.46 | 1,532.26 |
| 58. Sink faucet - Kitchen | 1.00 EA | | 0.00 | 282.36 | 27.11 | 56.48 | 365.95 |
| 59. Kitchen Sink - single basin | 1.00 EA | | 0.00 | 343.01 | 32.93 | 68.60 | 444.54 |
| 60. Clean the walls and ceiling | 354.77 SF | | 0.00 | 0.43 | 14.64 | 30.52 | 197.71 |
| 61. Clean floor - tile | 116.25 SF | | 0.00 | 0.43 | 8.15 | 16.98 | 109.99 |
| 62. Regrout tile floor | 116.25 SF | | 0.00 | 0.73 | 8.15 | 16.98 | 109.99 |
| 63. Seal/prime (1 coat) then paint (2 coats) part of the walls and ceiling | 306.77 SF | | 0.00 | 1.33 | 39.17 | 81.60 | 528.77 |

| Totals: Kitchen | | | | | 1,344.30 | 2,800.60 | 18,147.81 |



**Bathroom**                                                                       Height: 8'

| | |
|---|---|
| 189.33  SF Walls | 34.53  SF Ceiling |
| 223.86  SF Walls & Ceiling | 34.53  SF Floor |
| 3.84  SY Flooring | 23.17  LF Floor Perimeter |
| 26.17  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          3' X 6' 8"          Opens into KITCHEN

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 64. Clean the walls and ceiling | 223.86 SF | | 0.00 | 0.43 | 9.24 | 19.26 | 124.76 |
| 65. Clean window unit (per side) 3 - 9 SF | 1.00 EA | | 0.00 | 12.89 | 1.24 | 2.58 | 16.71 |
| 66. Clean floor | 34.53 SF | | 0.00 | 0.52 | 1.73 | 3.60 | 23.29 |
| 67. Vanity | 2.00 LF | | 0.00 | 241.74 | 46.42 | 96.70 | 626.60 |
| 68. Sink faucet - Bathroom | 1.00 EA | | 0.00 | 236.64 | 22.72 | 47.32 | 306.68 |
| 69. Sink - single | 1.00 EA | | 0.00 | 295.49 | 28.37 | 59.10 | 382.96 |
| 70. Exterior door - metal - insulated - flush or panel style | 1.00 EA | | 0.00 | 497.41 | 47.75 | 99.48 | 644.64 |
| 71. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 31.97 | 3.07 | 6.40 | 41.44 |

| Totals: Bathroom | | | | | 160.54 | 334.44 | 2,167.08 |

2023-08-20-1844

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132



### Deck1

Height: 3'

38.17 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 72.  2" x 6" lumber - wood polymer (1 BF per LF) | 180.00 LF | | 0.00 | 9.92 | 171.42 | 357.12 | 2,314.14 |
| 73.  6" wood polymer decking - Labor only (per SF) | 89.07 SF | | 0.00 | 5.07 | 43.36 | 90.32 | 585.26 |
| Totals:  Deck1 | | | | | 214.78 | 447.44 | 2,899.40 |
| Total: 1st Floor | | | | | 2,559.61 | 5,332.52 | 34,554.73 |

## 2nd Floor

**2nd Floor**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 74.  Deck planking - 2x6 wood polymer lumber (per SF) | 80.00 SF | | 0.00 | 21.06 | 161.74 | 336.96 | 2,183.50 |
| 75.  Deck top rail - wood polymer - 6' length - material only | 12.00 EA | | 0.00 | 24.99 | 28.79 | 59.98 | 388.65 |
| 76.  Deck bottom rail - wood polymer - 6' length - mat. only | 12.00 EA | | 0.00 | 16.45 | 18.95 | 39.48 | 255.83 |
| 77.  Final cleaning - construction - Residential | 457.64 SF | | 0.00 | 0.31 | 13.62 | 28.38 | 183.87 |
| Total: 2nd Floor | | | | | 223.10 | 464.80 | 3,011.85 |



### Front Bedroom

Height: 8'

| | | |
|---|---|---|
| 216.00 SF Walls | 92.03 SF Ceiling | |
| 308.03 SF Walls & Ceiling | 92.03 SF Floor | |
| 10.23 SY Flooring | 26.33 LF Floor Perimeter | |
| 30.33 LF Ceil. Perimeter | | |

2023-08-20-1844

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

**CONTINUED - Front Bedroom**



**Subroom:  Closet (2)**                                                                      Height: 8'

| | |
|---|---|
| 141.33 SF Walls | 17.00 SF Ceiling |
| 158.33 SF Walls & Ceiling | 17.00 SF Floor |
| 1.89 SY Flooring | 17.00 LF Floor Perimeter |
| 21.00 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          4' X 6' 8"                    Opens into FRONT_BEDRO2



**Subroom:  Box (1)**                                                                          Height: 8'

| | |
|---|---|
| 112.00 SF Walls | 23.14 SF Ceiling |
| 135.14 SF Walls & Ceiling | 23.14 SF Floor |
| 2.57 SY Flooring | 14.00 LF Floor Perimeter |
| 14.00 LF Ceil. Perimeter | |

**Missing Wall**                8' 2" X 8'                    Opens into FRONT_BEDRO2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 78.  R&R Vinyl plank flooring | 132.17 SF | | 1.66 | 6.50 | 103.54 | 215.70 | 1,397.75 |
| 79.  Clean the walls and ceiling | 601.50 SF | | 0.00 | 0.43 | 24.83 | 51.74 | 335.22 |
| 80.  Clean door / window opening (per side) | 5.00 EA | | 0.00 | 15.90 | 7.63 | 15.90 | 103.03 |
| 81.  Clean window unit (per side) 10 - 20 SF | 3.00 EA | | 0.00 | 18.43 | 5.30 | 11.06 | 71.65 |
| 82.  Mask and prep for paint - plastic, paper, tape (per LF) | 65.33 LF | | 0.00 | 1.39 | 8.71 | 18.16 | 117.68 |
| 83.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 601.50 SF | | 0.00 | 1.33 | 76.80 | 160.00 | 1,036.80 |
| 84.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 31.97 | 3.07 | 6.40 | 41.44 |

| Totals:  Front Bedroom | | | | | 229.88 | 478.96 | 3,103.57 |
|---|---|---|---|---|---|---|---|

Case ID: 23090099

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132



### Bathroom

Height: 8'

| | |
|---|---|
| 224.00 SF Walls | 49.00 SF Ceiling |
| 273.00 SF Walls & Ceiling | 49.00 SF Floor |
| 5.44 SY Flooring | 28.00 LF Floor Perimeter |
| 28.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 85. R&R Vanity | 2.50 LF | | 10.62 | 241.74 | 60.56 | 126.20 | 817.66 |
| 86. R&R Sink faucet - Bathroom | 1.00 EA | | 26.52 | 236.64 | 25.26 | 52.62 | 341.04 |
| 87. R&R Sink - single | 1.00 EA | | 26.52 | 295.49 | 30.91 | 64.40 | 417.32 |
| 88. R&R Switch | 1.00 EA | | 7.12 | 20.29 | 2.62 | 5.48 | 35.51 |
| 89. R&R Outlet | 2.00 EA | | 7.12 | 19.49 | 5.11 | 10.64 | 68.97 |
| 90. R&R Bathroom ventilation fan | 1.00 EA | | 24.91 | 114.48 | 13.38 | 27.88 | 180.65 |
| 91. R&R Recessed light fixture | 2.00 EA | | 15.76 | 149.39 | 31.70 | 66.06 | 428.06 |
| 92. R&R Interior door - Colonist - pre-hung unit | 1.00 EA | | 26.52 | 331.38 | 34.35 | 71.58 | 463.83 |
| 93. R&R Door knob - interior | 1.00 EA | | 17.68 | 48.05 | 6.30 | 13.16 | 85.19 |
| 94. R&R Toilet | 1.00 EA | | 35.35 | 555.69 | 56.75 | 118.22 | 766.01 |
| 95. R&R Toilet seat | 1.00 EA | | 9.65 | 60.49 | 6.73 | 14.04 | 90.91 |
| 96. Clean floor - tile | 49.00 SF | | 0.00 | 0.73 | 3.43 | 7.16 | 46.36 |
| 97. Mask and prep for paint - plastic, paper, tape (per LF) | 28.00 LF | | 0.00 | 1.39 | 3.73 | 7.78 | 50.43 |
| 98. Seal/prime (1 coat) then paint (2 coats) part of the walls and ceiling | 213.00 SF | | 0.00 | 1.33 | 27.19 | 56.66 | 367.14 |

| Totals: Bathroom | | | | | 308.02 | 641.88 | 4,159.08 |
|---|---|---|---|---|---|---|---|



### Rear Bedroom

Height: 8'

| | |
|---|---|
| 352.67 SF Walls | 122.36 SF Ceiling |
| 475.03 SF Walls & Ceiling | 122.36 SF Floor |
| 13.60 SY Flooring | 43.67 LF Floor Perimeter |
| 46.17 LF Ceil. Perimeter | |

2023-08-20-1844

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

**CONTINUED - Rear Bedroom**



**Subroom: Closet (1)**                                           Height: 8'

|  |  |
|---|---|
| 76.67 SF Walls | 7.33 SF Ceiling |
| 84.00 SF Walls & Ceiling | 7.33 SF Floor |
| 0.81 SY Flooring | 9.17 LF Floor Perimeter |
| 11.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**       2' 6" X 6' 8"       **Opens into REAR_BEDROOM**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 99.  R&R Vinyl plank flooring | 129.69 SF | | 1.66 | 6.50 | 101.59 | 211.66 | 1,371.53 |
| 100.  R&R Recessed light fixture | 4.00 EA | | 15.76 | 149.39 | 63.41 | 132.12 | 856.13 |
| 101.  Clean the walls and ceiling | 559.03 SF | | 0.00 | 0.43 | 23.08 | 48.08 | 311.54 |
| 102.  Clean door / window opening (per side) | 4.00 EA | | 0.00 | 15.90 | 6.11 | 12.72 | 82.43 |
| 103.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | | 0.00 | 18.43 | 1.76 | 3.68 | 23.87 |
| 104.  Mask and prep for paint - plastic, paper, tape (per LF) | 57.83 LF | | 0.00 | 1.39 | 7.72 | 16.08 | 104.18 |
| 105.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 559.03 SF | | 0.00 | 1.33 | 71.38 | 148.70 | 963.59 |
| 106.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | | 0.00 | 31.97 | 12.28 | 25.58 | 165.74 |
| 107.  Clean baseboard | 52.83 LF | | 0.00 | 0.43 | 2.18 | 4.54 | 29.44 |
| 108.  Paint baseboard - two coats | 52.83 LF | | 0.00 | 1.46 | 7.40 | 15.42 | 99.95 |

| Totals: Rear Bedroom | | | | | 296.91 | 618.58 | 4,008.40 |
|---|---|---|---|---|---|---|---|



**Middle Bedroom**                                               Height: 8'

|  |  |
|---|---|
| 291.99 SF Walls | 85.73 SF Ceiling |
| 377.72 SF Walls & Ceiling | 85.73 SF Floor |
| 9.53 SY Flooring | 36.50 LF Floor Perimeter |
| 36.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 109.  R&R Vinyl plank flooring | 85.73 SF | | 1.66 | 6.50 | 67.16 | 139.92 | 906.64 |
| 110.  R&R Vinyl window - double hung, 13-19 sf | 1.00 EA | | 31.94 | 430.17 | 44.36 | 92.42 | 598.89 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### CONTINUED - Middle Bedroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 111.  R&R Ceiling fan & light | 1.00 EA | | 26.68 | 392.34 | 40.23 | 83.80 | 543.05 |
| 112.  Detach & Reset Baseboard - 4 1/4" | 36.50 LF | 3.48 | 0.00 | 0.00 | 12.19 | 25.40 | 164.61 |
| 113.  Clean the walls and ceiling | 377.72 SF | | 0.00 | 0.43 | 15.59 | 32.48 | 210.49 |
| 114.  Clean baseboard | 36.50 LF | | 0.00 | 0.43 | 1.51 | 3.14 | 20.35 |
| 115.  Clean door / window opening (per side) | 2.00 EA | | 0.00 | 15.90 | 3.05 | 6.36 | 41.21 |
| 116.  Mask and prep for paint - plastic, paper, tape (per LF) | 36.50 LF | | 0.00 | 1.39 | 4.87 | 10.14 | 65.75 |
| 117.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 377.72 SF | | 0.00 | 1.33 | 48.23 | 100.48 | 651.08 |
| 118.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 31.97 | 6.14 | 12.78 | 82.86 |
| 119.  Paint baseboard - two coats | 36.50 LF | | 0.00 | 1.46 | 5.11 | 10.66 | 69.06 |
| Totals:  Middle Bedroom | | | | | 248.44 | 517.58 | 3,353.99 |



**Hallway**                                                                  Height: 8'

344.89 SF Walls                        77.38 SF Ceiling
422.27 SF Walls & Ceiling              61.05 SF Floor
6.78 SY Flooring                       43.11 LF Floor Perimeter
43.11 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 120.  R&R Vinyl plank flooring | 61.05 SF | | 1.66 | 6.50 | 47.83 | 99.62 | 645.62 |
| 121.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | | 0.00 | 555.34 | 53.32 | 111.06 | 719.72 |
| 122.  Clean the walls and ceiling | 422.27 SF | | 0.00 | 0.43 | 17.44 | 36.32 | 235.34 |
| 123.  Clean door / window opening (per side) | 4.00 EA | | 0.00 | 15.90 | 6.11 | 12.72 | 82.43 |
| 124.  Mask and prep for paint - plastic, paper, tape (per LF) | 43.11 LF | | 0.00 | 1.39 | 5.75 | 11.98 | 77.65 |
| 125.  Seal/prime (1 coat) then paint (2 coats) the walls and ceiling | 422.27 SF | | 0.00 | 1.33 | 53.92 | 112.32 | 727.86 |
| 126.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | | 0.00 | 31.97 | 12.28 | 25.58 | 165.74 |
| Totals:  Hallway | | | | | 196.65 | 409.60 | 2,654.36 |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: 2nd Floor | | | | | **1,503.00** | **3,131.40** | **20,291.25** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 127. General labor - labor minimum | 1.00 EA | | 0.00 | 49.50 | 4.75 | 9.90 | 64.15 |
| 128. Window labor minimum | 1.00 EA | | 0.00 | 152.44 | 14.64 | 30.48 | 197.56 |
| 129. Heat, vent, & air cond. labor minimum | 1.00 EA | | 0.00 | 228.23 | 21.91 | 45.64 | 295.78 |
| 130. Finish hardware labor minimum | 1.00 EA | | 0.00 | 46.13 | 4.43 | 9.22 | 59.78 |
| Totals: Labor Minimums Applied | | | | | 45.73 | 95.24 | 617.27 |
| **Line Item Totals: 2023-08-20-1844** | | | | | **5,156.64** | **10,743.08** | **69,615.29** |

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 5,020.66 | SF Walls | 1,576.75 | SF Ceiling | 6,597.41 | SF Walls and Ceiling |
| 1,591.07 | SF Floor | 176.79 | SY Flooring | 658.64 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 655.65 | LF Ceil. Perimeter |
| | | | | | |
| 1,591.07 | Floor Area | 1,738.00 | Total Area | 4,453.79 | Interior Wall Area |
| 3,161.84 | Exterior Wall Area | 362.49 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 53,715.57 |
| Overhead | 5,371.54 |
| Profit | 5,371.54 |
| Cleaning Total Tax | 5,156.64 |
| **Replacement Cost Value** | **$69,615.29** |
| **Net Claim** | **$69,615.29** |

Case ID: 23090099

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Cleaning Total Tax (8%) | Clothing Acc Tax (8%) | Manuf. Home Tax (8%) |
|---|---|---|---|---|---|
| Line Items | 5,371.54 | 5,371.54 | 5,156.64 | 0.00 | 0.00 |
| **Total** | **5,371.54** | **5,371.54** | **5,156.64** | **0.00** | **0.00** |

Case ID: 23090099

**Shore Restoration**

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

### Recap by Room

Estimate: 2023-08-20-1844

| Area | | |
|---|---|---|
| **Area: Basement** | 7,106.14 | 13.23% |
| Storage Area/Room 2 | 176.37 | 0.33% |
| Mechanicals | 101.70 | 0.19% |
| Storage Area/Room | 151.26 | 0.28% |
| Basement | 289.03 | 0.54% |
| Mud Room | 527.72 | 0.98% |
| Garage | 2,567.60 | 4.78% |
| **Area Subtotal:  Basement** | **10,919.82** | **20.33%** |
| **Area: 1st Floor** | 186.85 | 0.35% |
| Entry/Foyer | 1,212.64 | 2.26% |
| Living Room | 3,357.40 | 6.25% |
| Dining Room | 3,993.52 | 7.43% |
| Kitchen | 14,002.91 | 26.07% |
| Bathroom | 1,672.10 | 3.11% |
| Deck1 | 2,237.18 | 4.16% |
| **Area Subtotal:  1st Floor** | **26,662.60** | **49.64%** |
| **Area: 2nd Floor** | 2,323.95 | 4.33% |
| Front Bedroom | 2,394.73 | 4.46% |
| Bathroom | 3,209.18 | 5.97% |
| Rear Bedroom | 3,092.91 | 5.76% |
| Middle Bedroom | 2,587.97 | 4.82% |
| Hallway | 2,048.11 | 3.81% |
| **Area Subtotal:  2nd Floor** | **15,656.85** | **29.15%** |
| **Labor Minimums Applied** | **476.30** | **0.89%** |
| **Subtotal of Areas** | **53,715.57** | **100.00%** |
| **Total** | **53,715.57** | **100.00%** |

Case ID: 23090099

## Shore Restoration

131 Windsor Drive
Woolwich Township NJ 08085
Office # 856-628-4335
Fax # 856-294-9132

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 3,512.22 | 5.05% |
| CABINETRY | 9,696.75 | 13.93% |
| CLEANING | 4,113.00 | 5.91% |
| GENERAL DEMOLITION | 2,208.29 | 3.17% |
| DOORS | 2,154.99 | 3.10% |
| DRYWALL | 1,724.82 | 2.48% |
| ELECTRICAL | 4,304.62 | 6.18% |
| FLOOR COVERING - CERAMIC TILE | 961.35 | 1.38% |
| FLOOR COVERING - VINYL | 5,082.05 | 7.30% |
| FINISH CARPENTRY / TRIMWORK | 274.54 | 0.39% |
| FINISH HARDWARE | 235.31 | 0.34% |
| FRAMING & ROUGH CARPENTRY | 4,419.26 | 6.35% |
| HEAT, VENT & AIR CONDITIONING | 342.71 | 0.49% |
| LAB | 49.50 | 0.07% |
| LIGHT FIXTURES | 1,886.24 | 2.71% |
| PLUMBING | 4,794.70 | 6.89% |
| PAINTING | 7,372.61 | 10.59% |
| WINDOWS - VINYL | 430.17 | 0.62% |
| WINDOWS - WOOD | 152.44 | 0.22% |
| O&P Items Subtotal | 53,715.57 | 77.16% |
| Overhead | 5,371.54 | 7.72% |
| Profit | 5,371.54 | 7.72% |
| Cleaning Total Tax | 5,156.64 | 7.41% |
| Total | 69,615.29 | 100.00% |



# Law Offices of David J. Averett, P.C.

7719 Castor Avenue, Second Floor
Philadelphia, PA 19152
David J. Averett - Attorney at Law

Tel. (215) 342-5024
Fax. (215) 742-5558
e-mail: davidaverett719@gmail.com

Filed and Attested by the
Office of Judicial Records
05 SEP 2023 09:47 am
C. SMITH

August 29, 2023

Foremost Insurance Company
Attn: Mr. Jeff West
National Document Center
P.O. Box 268994
Oklahoma City, OK  73126-8994

      Insured:  Mohammad Alhourani
      Claim No.  7005972449-1
      Policy No.  5010070541
      Loss Date:  4/18/2023
      Location of Loss:  518 E. Thelma Street, Philadelphia, PA

Dear Mr. West:

As you are aware from prior correspondence, I represent Mohammad Alhourani, the owner of the above property in connection with a claim for the cost of repair of property damage caused by vandalism and the intentional conduct of a holdover tenant.  He is also making a claim for damages for loss of rental of the property.

Mr. Alhourani did not rent the property to the tenant.  He acquired the tenant when he purchased the property from the previous owner on July 21, 2022.   He then was required to do an ejectment action to eject the holdover tenant from the property.  My client finally took possession of the property on April 18, 2023, after obtaining a judgment on the ejectment action and then filing a writ of possession.

My client immediately filed a police report regarding the damage to the premises.  He then hired a public adjuster, First Choice Public Adjusters, to submit a claim and supporting paperwork to your company for the cost of repair of damages to the property.  Despite numerous communications to Foremost by First Choice and by myself, this claim remains unpaid.

August 29, 2023
Page 2

I have enclosed the following paperwork:

1. Draft of Complaint I will be filing in the Philadelphia Court of Common Pleas.
2. Estimate of Damages of Shore Restoration dated 8/20/2023 in the amount of $ 69,615.29.
3. Docket Report from Ejectment Complaint, Philadelphia Court of Common Pleas, No. 2208032303.
4. Writ of Possession dated 1/30/2023.
5. Sheriff's receipt indicating possession given to Mr. Alhourani on 4/18/2023.
6. Police report receipt dated 4/18/2023.

My client has now waited 4 ½ months for this claim to be processed. I have not received any communication from your company other than a letter to my client indicating that the claim was still under investigation.

Please let me know if this can be resolved amicably. That is what my client and I would really like to see happen. I will await your response within seven days of the date of this letter.

If I do not hear from you, I will file the complaint. If it is necessary to file a legal action in Philadelphia County I will be adding a claim for bad faith. If it is necessary to do this, I will be seeking the following remedies provided for in the Commonwealth of Pennsylvania bad faith statute:

Pennsylvania's bad faith statute, 42 Pa. C.S. § 8371, provides:

In an action arising under an insurance policy, if the court finds that the insurer has acted in bad faith toward the insured, the court may take all of the following actions:

1. Award interest on the amount of the claim from the date the claim was made by the insured in an amount equal to the prime rate of interest plus 3%.

2. Award punitive damages against the insurer.

3. Assess court costs and attorney fees against the insurer.

August 29, 2023
Page 2

I look forward to hearing from you.

Very truly yours,

Law Offices of David J. Averett, P.C.

David J. Averett, Esquire

DJA:bsl

enclosures



# Law Offices of David J. Averett, P.C.

7719 Castor Avenue, Second Floor                    Tel. (215) 342-5024
Philadelphia, PA 19152                              Fax. (215) 742-2640
David J. Averett - Attorney at Law                  e-mail: davidaverett711@gmail.com

Filed and Attested by the
Office of Judicial Records
12 SEP 2023 09:47 am
C. SMITH

September 5, 2023

Foremost Insurance Company
Attn:  Mr. Andrew Foster
National Document Center
P.O. Box 268994
Oklahoma City, OK  73126-8994

        Insured:  Mohammad Alhourani
        Claim No.  7005972449-1
        Policy No.  5010070541
        Loss Date:  4/18/2023
        Location of Loss:  518 E. Thelma Street, Philadelphia, PA

Dear Mr. Foster:

Attached is a letter previously sent to Mr. West along with a complaint I will be filing in Philadelphia County, PA.  I just called Mr. West and his phone message says he will be out indefinitely with no expected date of return and that all calls are referred to your attention.

I would like to resolve this matter but have received no communication at all from Foremost.

I look forward to hearing from you.

Very truly yours,

Law Offices of David J. Averett, P.C.


David J. Averett, Esquire

DJA:bsl

enclosures

Case ID: 23090099

## IMPORTANT RATING INFORMATION

| PREMISES DESCRIPTION: | 518 E THELMA ST<br>PHILADELPHIA PA 19120-4508 | | |
|---|---|---|---|
| CONSTRUCTION: | BRICK/MASONRY | TERRITORY: | B |
| FAMILIES: | 1 | PROT. CLASS: | 1 |
| OCCUPANCY: | RENTAL | RESP. FIRE DEPT.: | PHILA ENG26 |
| HYDRANT: | OVER 1,000 FEET | COUNTY: | PHILADELPHIA |
| FIRE DEPT.: | WITHIN 5 MILES | | |

YR BUILT: 1940
FORM DF1

*Filed and Attested by the
Office of Judicial Records
26 SEP 2023 09:47 am
C. SMITH*

| SECTION I COVERAGES | AMOUNT OF INSURANCE | | ADD'L/RETURN PREMIUM | | ANNUAL PREMIUM |
|---|---|---|---|---|---|
| A. DWELLING | $ | 214,200 | $ | | 625.0 |
| C. PERSONAL PROPERTY | $ | 1,000 | $ | | 14.0 |
| D. LOSS OF RENTS | $ | 21,420 | $ | | 122.0 |
| ADDITIONAL PERIL | | | | | |
|   VANDALISM/MALICIOUS MISCHIEF | | | $ | | 107.0 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:    $1,000 VMM
                                                      $1,000 ALL OTHER PERILS

| SECTION II COVERAGES | LIMIT OF LIABILITY | | ADD'L/RETURN PREMIUM | | ANNUAL PREMIUM |
|---|---|---|---|---|---|
| F. PREMISES LIABILITY | $ | 100,000 EA ACCIDENT | $ | | 118.0 |
| G. MEDICAL PAYMENTS | $ | 500 EA PERSON | | | INCLUDE |
| | $ | 10,000 EA ACCIDENT | | | |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | ADD'L/RETURN PREMIUM | | ANNUAL PREMIUM |
|---|---|---|---|---|
| 11503 03/21 REDUCTION IN COV WHEN VACANT/UNOCC. | | | | |
| 12001 05/19 DWELLING FIRE ONE - LANDLORD | | | | |
| 11110 11/20 REQUIRED CHANGE - PENNSYLVANIA | | | | |
| 11496 03/21 LIMITED THEFT COVERAGE | | $ | | 52.0 |

| DISCOUNTS/SURCHARGES THAT APPLY TO LOCATION # 1 | | ADD'L/RETURN PREMIUM | | ANNUAL PREMIUM |
|---|---|---|---|---|
| BURGLAR ALARM DISCOUNT | | $ | | -18.0 |
| CENTRAL ALARM DISCOUNT | | $ | | -45.0 |
| CLAIMS FREE DISCOUNT | | $ | | -9.0 |
| MASONRY DISCOUNT | | $ | | -180.0 |
| MULTI-POLICY DISCOUNT | | $ | | -45.0 |
| MULTIPLE PROPERTIES DISCOUNT | | $ | | -18.0 |
| ROW HOUSE/TOWNHOUSE CHARGE | | $ | | 135.0 |
| TENANT SCREENING DISCOUNT | | $ | | -13.0 |
| COMPANION AUTO POLICY | | $ | | -45.0 |

                                           **LOCATION # 1    Annual Premium** $    800.0

| TOTAL ANNUAL POLICY PREMIUM | $ | 800.0 |
|---|---|---|

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO
FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: June  8, 2023

Case ID: ~~23090099~~

INSURED COPY        PAGE 2

 **FOREMOST**
INSURANCE GROUP

Date: 08/15/2022

## CERTIFICATE OF INSURANCE

**New Hampshire:**

This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend, or alter the coverage, terms, exclusions, and conditions afforded by the policy or policies referenced herein.

**All Other States:**

This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not affirmatively or negatively amend, extend or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policy referenced herein.

In the event the policy is canceled prior to the expiration date, notice will be delivered in accordance with the policy provisions.

| YOU AS NAMED INSURED AND YOUR ADDRESS |
|---|
| MOHAMMED  ALHORANI<br>1402 MAGEE AVE<br>PHILADELPHIA, PA  19111-4918 |

**Policy Number:** 381-5010070541-01

**Policy Period:** From 08/15/2022     To 08/15/2023      12:01 A.M. Standard Time

Effective Date of Change: (EN only)

Underwritten by: Foremost Insurance Company Grand Rapids, Michigan NAIC# 11185

| DWELLING INFORMATION | Serial Number: (MH only) |
|---|---|
| Address: | Unit Covered: (MH only) |
| 518 E THELMA ST, PHILADELPHIA, PA  19120-4508 | |
| Policy Form: Dwelling Fire One | Dwelling Use: Landlord / Rental |

| ADDITIONAL INTEREST #1 | Loan Number: |
|---|---|
| | |
| Type: | |
| ADDITIONAL INTEREST #2 | Loan Number: |
| | |
| Type: | |

To obtain additional policy information, please contact:

**Agent Name:** AMERICAN FINANCIAL STEWARDSHIP CORP

**Telephone Number:** 215-552-2146

Case ID: 23090099

Form 745158 02/18

# FOREMOST®
**A Farmers Insurance® Company**

Foremost Insurance Company  Grand Rapids, Michigan

**FOREMOST BASICS™**
**DECLARATIONS PAGE**

**POLICY NUMBER:**   381-5010070541-02
**RENEWAL OF:**       381-5010070541-01
**POLICY PERIOD  BEGINNING** 08/15/23     **ENDING** 08/15/24   12:01 A.M. STANDARD TIME
**NON PARTICIPATING**

**YOU AS NAMED INSURED AND YOUR ADDRESS**

MOHAMMED ALHORANI
1402 MAGEE AVE
PHILADELPHIA PA 19111¬4918

**YOUR POLICY IS SERVICED BY**

AMERICAN FINANCIAL STEWARDSHIP CORP
151 BROWNLIE RD
KING OF PRUSSIA PA 19406-1945

**AGENCY CODE:**
370000413

**TELEPHONE:**
(215) 552-2146

**POLICY NUMBER:**   381-5010070541-02
**RENEWAL OF:**       381-5010070541-01
**POLICY PERIOD  BEGINNING** 08/15/23     **ENDING** 08/15/24   12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

MOHAMMED ALHORANI
1402 MAGEE AVE
PHILADELPHIA PA 19111-4918

**YOUR POLICY IS SERVICED BY**

AMERICAN FINANCIAL STEWARDSHIP CORP
151 BROWNLIE RD
KING OF PRUSSIA PA 19406-1945

**AGENCY CODE:**
370000413

**TELEPHONE:**
(215) 552-2146

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

**LOCATION # 1**

Policy Number: 381 -5010070541 -02
Form 80007 02/21

INSURED COPY           PAGE 1  CONTINUED

Case ID: 23090099



**FOREMOST** INSURANCE GROUP

Policy Number: 381-5010070541-01

**Coverages:** This policy provides only the coverages as shown below and your additional coverages described in the policy.

| COVERAGES / ENDORSEMENTS | Amounts of Insurance / Limits of Liability |
|---|---|
| Dwelling | |
| Personal Property | $200,000 |
| Loss of Rents | $1,000 |
| Premises Liability | $20,000 |
| Medical Payments | $100,000 |
| Limited Theft Coverage | $500 |
| Vandalism/Malicious Mischief | $1,000 |
| | $200,000 |

**SECTION I - DEDUCTIBLE**

Section I losses or Amounts of Insurance are subject to a deductible of $1,000 _____ unless stated otherwise in your policy including Endorsements.

| TOTAL ANNUAL PREMIUM | $718.00 |
|---|---|

Payment Mailing Address Information: <<Include Policy Number>>
Foremost Insurance Group, PO Box 0915, Carol Stream, IL 60132-0915
* The Total Annual Premium listed is the yearly policy cost. Any policy payments made are not reflected in this amount. See the most recent policy bill for the current amount due.

For Flood Verification - Check if applicable:
☐ This document serves as verification that the policy listed includes the peril of flood.

For Golf Cart Liability Verification: (Applies to Owner-Occupied and Tenant MH only)
**All States Except North Carolina -** Golf cart liability is insured unless the golf cart:
1 - is used for farming or ranching; or
2 - is required to be licensed by applicable state law.

| For Certificates issued in **Louisiana:** | LA Dept. of Ins. LDI | Cert. of Ins. COI | Assigned LDI No. N/A | Date (mm/year) N/A | Case ID: 23090099 |
|---|---|---|---|---|---|

Form 745158 02/19