IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMMAD ALHOURANI, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| FOREMOST INSURANCE GROUP D/B/A FOREMOST INSURANCE COMPANY, *Defendant* | : : : : | No. 23-3739 |

## ORDER

AND NOW, this 13th day of February, 2024, upon consideration of Foremost Insurance's Partial Motions to Dismiss (Doc. Nos. 5, 9), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The Partial Motion to Dismiss the Complaint (Doc. No. 5) is **DEEMED MOOT.**

2. The Partial Motion to Dismiss the Amended Complaint (Doc. No. 9) is **GRANTED.**

3. Mr. Alhourani's bad faith claim (Count II) of the Amended Complaint is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
**United States District Judge**